JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE RACHEL KROPP, an Individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED AIRLINES, INC., a Illinois corporation; and DOES 1 to 50, Inclusive,<br><br>    Defendants. | Case No.: CV 19-8344-GW-JPRx<br><br>**JUDGMENT** |

The Court, having GRANTED the Defendant United Airlines, Inc.'s (hereinafter, "United") Motion for Summary Judgment as to Plaintiff Stephanie Rachel Kropp's (hereinafter, "Kropp") Complaint in its entirety (*see* Civil Minutes, August 19, 2021, Dkt. 61),

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Kropp shall recover nothing from United;
2. United shall have judgment in its favor on Kropp's entire action; and

/ /

/ /

[PROPOSED] JUDGMENT
CASE NO.: 2:19-CV-8344-GW-JPR

3. United shall recover from Kropp its "prevailing party" costs.

**IT IS SO ORDERED.**

DATED: August 26, 2021

_____
HON. GEORGE H. WU,
U.S. District Judge